**08 CIV 7141**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INSTINET INCORPORATED, INSTINET
HOLDINGS INCORPORATED, INSTINET
GROUP, LLC, and INSTINET, LLC,

              Plaintiffs,
-against-

**ARIEL (UK) LIMITED,**

              Defendant.

Civil Action No.

Rule 7.1 Statement



AUG 1 1 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Instinet Incorporated, Instinet Holdings Incorporated, Instinet Group, LLC, and Instinet, LLC., certifies that: (i) Instinet Incorporated's stock is 100% owned by NHI Acquisition Holding Inc., which is a direct subsidiary of publicly held Nomura Holdings, Inc.; (ii) Instinet Holdings Incorporated is a wholly-owned subsidiary of Instinet Incorporated; (iii), Instinet Group, LLC, is a limited liability company; its membership interests are wholly owned by Instinet Holdings Incorporated; and (iv) Instinet, LLC is a limited liability company; its membership interest are wholly owned by Instinet Holdings Incorporated.

Dated: New York, New York
       August 11, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

_Robert J. Sills_
Robert L. Sills
Rishona Fleishman
666 Fifth Avenue
New York, New York 10103
(212) 506-5000
(212) 506-5151

Attorneys for Plaintiffs
Instinet Incorporated,
Instinet Holdings Incorporated,
Instinet Group, LLC, and Instinet, LLC