# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

| INSTINET INCORPORATED, INSTINET HOLDINGS INCORPORATED, INSTINET GROUP, LLC, and INSTINET, LLC,<br><br>-against-<br><br>ARIEL (UK) LIMITED, | SUMMONS IN A CIVIL CASE<br><br>Case Number:<br><br>**08 CV 7141** |
|---|---|

**TO:**   ARIEL (UK) LIMITED
Tower House
Micheldever Station, Hampshire
United Kingdom, SO21 3AL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert L. Sills
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         AUG 11 2008
_____          _____
CLERK                                                                          DATE

_____
(BY) DEPUTY CLERK

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _See attached Affidavits of Service_

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                                                  Signature of Server

                                                       _____
                                                       Address of Server

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
INSTINET INCORPORATED, INSTINET                                :
HOLDINGS INCORPORATED INSTINET                                 :
GROUP, LLC, AND INSTINET, LLC                                  :   08 CIV 7141
                                                               :
                Plaintiffs,                                    :
                                                               :
        -against-                                              :   **AFFIDAVIT OF SERVICE**
                                                               :
                                                               :
ARIEL (UK) LIMITED,                                            :
                                                               :
                Defendants.                                    :
-------------------------------------------------------------- :
                                                               x

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

     **Robinson Howard**, being duly sworn, deposes and says:

  1.  I am over the age of 18 years and am not a party to this action, and I am employed by Orrick, Herrington & Sutcliffe LLP, attorneys for plaintiff in the above-entitled action.

  2.  On August 12, 2008, I served by International Registered Air Mail, U.S. Postal Service, true and correct copies of the Summons in a Civil Case, Civil Cover Sheet, Rule 7.1 Statement, and the Complaint upon:

     Ariel (UK) Limited
     Tower House
     Micheldever Station, Hampshire
     United Kingdom, SO21 3AL

by placing a true and correct copy thereof in properly addressed and sealed envelopes and depositing in the custody of the, International Registered Air Mail, U.S. Postal Service and by within New York to the address set forth below:

                _____
                 Robinson Howard

Sworn to before me this
12th day of August, 2008
_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010



**Registered No.** RE426975271US

**Date Stamp**

| Reg. Fee | $10.80 | | | 0056 |
| Handling Charge | $0.00 | Return Receipt | $0.00 | 33 |
| Postage | $11.95 | Restricted Delivery | $0.00 | 08/12/08 |

Received by

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:** Orrick Herrington and Sutcliffe LLP
666 5th Avenue
New York, New York 10103

**TO:** ARIEL (UK) LIMITED
Tower House
Micheldever Station, Hampshire
United Kingdom, SO21 3AL, England

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

INSTINET INCORPORATED, INSTINET
HOLDINGS INCORPORATED INSTINET
GROUP, LLC, AND INSTINET, LLC            :   08 CIV 7141

                Plaintiffs,

               -against-                  :   **AFFIDAVIT OF SERVICE**

**ARIEL (UK) LIMITED,**

                Defendants.
------------------------------------------------------------- x

STATE OF NEW YORK   )
                           : ss.:
COUNTY OF NEW YORK )

       **James Cangialosi**, being duly sworn, deposes and says:

1.     I am over the age of 18 years and am not a party to this action, and I am employed by Orrick, Herrington & Sutcliffe LLP, attorneys for plaintiff in the above-entitled action.

2.     On August 12, 2008, I served the following documents:

Summons In A Civil Case
Civil Cover Sheet
Rule 7.1 Statement
Complaint

by placing a true and correct copy thereof in properly addressed and sealed envelopes and depositing in the custody of the U.S. Postal Service Express Mail and by Federal Express within New York to the address set forth below:

Michael Little, Esq.
Ariel (UK) Limited
Tower House
Micheldever Station, Hampshire
United Kingdom, SO21 3AL

*James Cangialosi*

Sworn to before me this
12th day of August, 2008

*Elizabeth Y Walker*
Notary Public

ELIZABETH Y. WALKER
Notary Public, State of New York
No. 01WA4974933
Qualified in Queens County
Commission Expires November 26, 2010

2