UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

INSTINET INCORPORATED, INSTINET
HOLDINGS INCORPORATED, INSTINET
GROUP, LLC and INSTINET, LLC,

                Plaintiffs,        08 Civ 7141

- against -                  **Rule 7.1 Statement**

ARIEL (UK) LIMITED,

                Defendant.

---------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Ariel (UK) Limited ("Ariel"), certifies that Ariel does not have corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
       August 27, 2008

                                BAINTON MCCARTHY LLC

                                By: _____
                                    J. Joseph Bainton (JB-5934)

                              *Attorneys for Defendant*
                              26 Broadway, Suite 2400
                              New York, NY 10004-1840
                              Telephone: (212) 480-3500
                              Facsimile: (212) 480-9557